# EXHIBIT A



*Office of Public Affairs*

# Statement

Date: April 5, 2022
Contact Name: El Paso Sector Public Affairs Office
Email/Phone: (915) 834-8312, 8856, 8362, 8365

**EL PASO, Texas** – Although the State of New Mexico recently passed a law that allows the recreational use of marijuana, the U.S. Border Patrol El Paso Sector wants to remind the public that while traveling through any U.S. Border Patrol checkpoint, to include New Mexico, being in possession of marijuana is illegal under federal law.

Our checkpoints are primarily for immigration enforcement, however under Title 21 of the U.S. Code., Border Patrol Agents have drug enforcement authority. Marijuana is still a prohibited drug under Schedule 1 of The United States Controlled Substances Act. Therefore, U.S. Border Patrol agents will continue to take appropriate enforcement action against those who are encountered in possession of marijuana anywhere in the United States.

U.S. Customs and Border Protection welcomes assistance from the community and encourages citizens to report suspicious activity to the U.S. Border Patrol while remaining anonymous by calling 1-800-635-2509.

Please visit www.cbp.gov to view additional news releases and other information pertaining to U.S. Customs and Border Protection.

---------------------------------------------------------------------------------------------------------------------

*Follow us on Twitter at @USBPChiefEPT and @CBPWestTexas.*

   

-CBP-

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.*