# EXHIBIT B











Source: USBP and OFO Official year end reporting for FY22-FY24. USBP and OFO month end reporting for FY25 to date. Data is current as of 3/5/2025.

Note: Drug type(s) not listed in the chart indicate the drug was not seized in the selected area(s) of responsibility during the indicated time frame. Drug type(s) with a "<0.5" value indicate quantities of less than one pound seized in selected area(s) of responsibility during the indicated time frame. The Methamphetamine drug type includes both Methamphetamine, Liquid Methamphetamine, and Crystal Methamphetamine. *Other Drugs category for OFO includes but is not limited to: Amphetamine, Ephedrine, Hashish, Marijuana Plants, Opium, Oxycodone (Oxycontin), Precursor Chemicals, Prescription, Chemical, & Other Uncategotized Drugs. For a full list please contact CBP Media Relations.  *Other Drugs category for USBP inculdes: All drugs seized by USBP except Cocaine, Fentanyl, Heroin, Marijuana, Methamphetamine, and Ecstasy